No. 97–9479. MATHIS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97–9480. MARSH v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 97–9481. MENDOZA v. HAWAII. Sup. Ct. Haw. Certiorari denied.

No. 97–9482. IOANE v. COWARD. C. A. 9th Cir. Certiorari denied.

No. 97–9483. LIESS v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 97–9484. PENNELLATORE v. DUBOIS, COMMISSIONER, MASSACHUSETTS DEPARTMENT OF CORRECTION. C. A. 1st Cir. Certiorari denied.

No. 97–9485. CARTA v. UNITED STATES;
No. 98–5109. GILMORE v. UNITED STATES;
No. 98–5131. MCALEER v. UNITED STATES; and
No. 98–5132. MCALEER v. UNITED STATES. C. A. 10th Cir. Certiorari denied. Reported below: 138 F. 3d 852.

No. 97–9487. COX v. SARGENT ET AL. C. A. 4th Cir. Certiorari denied.

No. 97–9489. BOWLER v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97–9490. CRELEY v. LEMASTER, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 97–9491. BENDER v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 97–9492. SITTMAN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 97–9493. PEYTON v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 97–9494. PORTORREAL-QUEZADA v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 97–9495. RIOJAS v. RICE, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.